**Donald J. DOCKERY, Appellant,**

v.

**Timothy P. BURNS; Scott C. Sladek; John J. Jedlicka; William H. Ouren; Omaha Public Defender's Office, Appellees.**

No. 07–1228.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 23, 2007.

Filed: Nov. 7, 2007.

Donald J. Dockery, Omaha, NE, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Donald Dockery appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint for failure to state a claim. Upon de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we conclude that dismissal was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.